DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT BONNOT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 12-0026-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME FOR STATUS |
| v. ) | CONFERENCE AND EXCLUDE TIME |
| ) | |
| ROBERT BONNOT, ) | DATE: May 15, 2012 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: John A. Mendez |
| _____ | |

    Defendant ROBERT BONNOT, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, KYLE REARDON, Assistant United States Attorney, hereby stipulate that the status conference set for March 6, 2012, be rescheduled for a status conference on Tuesday, May 15, 2012, at 9:30 a.m.

    This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government and pursue investigation.  This is the parties first request for a continuance.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 15,

1

2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: March 1, 2012

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Dennis S. Waks
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        ROBERT BONNOT

DATED: March 1, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/  Dennis S. Waks for
                                        KYLE REARDON
                                        Assistant U.S. Attorney

**SO ORDERED.**

Dated: 3/1/2012

                    /s/ John A. Mendez
                    JOHN A. MENDEZ
                    United States District Court Judge