DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT BONNOT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 12-0026-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME FOR STATUS |
| v. | ) | CONFERENCE AND EXCLUDE TIME |
| | ) | |
| ROBERT BONNOT, | ) | DATE: November 13, 2012 |
| | ) | Time: 9:45 a.m. |
| Defendant. | ) | Judge: John A. Mendez |

Defendant ROBERT BONNOT, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, KYLE REARDON, Assistant United States Attorney, hereby stipulate that the status conference set for September 18, 2012, be rescheduled for a status conference on Tuesday, November 13, 2012, at 9:45 a.m.

This continuance is being requested because defense counsel requires additional time to receive and review discovery, discuss the case with the government and pursue investigation. This defendant, if convicted of the charged offense, will be looking at a significant sentence.

Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for November 13, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: September 13, 2012

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
Supervising Assistant
Federal Defender
Attorney for Defendant
ROBERT BONNOT

DATED: September 13, 2012      BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for
KYLE REARDON
Assistant U.S. Attorney

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which

the trial of this matter must be commenced beginning from the date of the stipulation through and including November 13, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for November 13, 2012, at 9:45 a.m..

DATED: 9/13/2012                    /s/ John A. Mendez
                                              JOHN A. MENDEZ
                                              United States District Court Judge