1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ROBERT BONNOT
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        ) NO. CR.S-12-026-JAM
11                                   )
                    Plaintiff,       )
12                                   )      **STIPULATION AND ORDER;**
         v.                          )  **CONTINUING STATUS CONFERENCE**
13                                   )        **AND EXCLUDING TIME**
   ROBERT BONNOT,                    )
14                                   ) Date: January 15, 2013
                    Defendant.       ) Time:  9:45 a.m.
15 _____  ) Judge: Hon. John A. Mendez

16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, KYLE REARDON, Assistant United States
18
   Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for
19
   ROBERT BONNOT, that the status conference hearing date of November 13,
20
   2012 be vacated, and the matter be set for status conference on January
21
   15, 2013 at 8:45 a.m.
22
        The reason for this continuance is due Dennis Waks' imminent
23
   retirement, the case has been reassigned to Matthew Scoble. Substitute
24
   counsel needs additional time to review discovery with the defendant,
25
   to examine possible defenses and to continue investigating the facts of
26
   the case.
27
        Based upon the foregoing, the parties agree that the time under
28

1  the Speedy Trial Act should be excluded from the date of signing of

2  this order through and including January 15, 2013 pursuant to 18 U.S.C.

3  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

4  T4 based upon continuity of counsel and defense preparation.

5

   DATED:  November 8, 2012.                    Respectfully submitted,

6
                                                DANIEL J. BRODERICK
7                                               Federal Public Defender

8

9                                               /s/ Matthew Scoble
                                                MATTHEW SCOBLE
10                                              Designated Counsel for Service
                                                Attorney for ROBERT BONNOT
11

12 DATED:  November 8, 2012.                    BENJAMIN WAGNER
                                                United States Attorney
13

14
                                                /s/ Matthew Scoble for
15                                              KYLE REARDON
                                                Assistant U.S. Attorney
16                                              Attorney for Plaintiff

17

18

19                              ORDER

20     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

21 ordered that the November 13, 2012, status conference hearing be

22 continued to January 15, 2013, at 8:45 a.m.  Based on the

23 representation of defense counsel and good cause appearing there from,

24 the Court hereby finds that the failure to grant a continuance in this

25 case would deny defense counsel reasonable time necessary for effective

26 preparation, taking into account the exercise of due diligence.  The

27 Court finds that the ends of justice to be served by granting a

28 continuance outweigh the best interests of the public and the defendant

                                  2

1   in a speedy trial.  It is ordered that time up to and including the

2   January 15, 2013 status conference shall be excluded from computation

3   of time within which the trial of this matter must be commenced under

4   the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)

5   and Local Code T-4, to allow defense counsel reasonable time to

6   prepare.

7   Dated: 11/8/2012

8                                         /s/ John A.  Mendez
                                          JOHN A. MENDEZ
9   _____                             United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28