JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT BONNOT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br> ROBERT BONNOT,              )<br>                             )<br>            Defendant.       )<br>_____) | NO. CR.S-12-026-JAM<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: May 14, 2013<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for ROBERT BONNOT, that the status conference hearing date of March 19, 2013 be vacated, and the matter be set for status conference on May 14, 2013 at 9:45 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 14, 2013 pursuant to 18 U.S.C.

§3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 15, 2013.                    Respectfully submitted,

                                          JOSEPH SCHLESINGER
                                          Acting Federal Public Defender


                                          /s/ Matthew Scoble
                                          MATTHEW SCOBLE
                                          Designated Counsel for Service
                                          Attorney for ROBERT BONNOT

DATED: March 15, 2013.                    BENJAMIN WAGNER
                                          United States Attorney


                                          /s/ Matthew Scoble for
                                          KYLE REARDON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


                                    ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 19, 2013, status conference hearing be continued to May 14, 2013, at 9:45 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the May 14, 2013 status conference shall be excluded from computation of time within which the

trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   3/15/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge