HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
ROBERT BONNOT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-cr-026 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING<br>) STATUS CONFERENCE AND EXCLUDING |
| vs. | ) TIME |
| ROBERT BONNOT, | ) Date: December 3, 2013 |
| Defendant. | ) Time: 9:45 a.m.<br>) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for ROBERT BONNOT, that the status conference hearing date of October 22, 2013 be vacated, and the matter be set for status conference on December 3, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to discuss with the defendant possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 3, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

Stipulation to Continue Status Conference                                           U.S. v Bonnot, 2:12-cr-026 JAM

Dated:  October 21, 2013

              HEATHER E. WILLIAMS
              Federal Defender

*/s/ Matthew M. Scoble*
MATTHEW M. SCOBLE
Assistant Federal Defender
ROBERT BONNOT

Dated: October 21, 2013    BENJAMIN B. WAGNER
              United States Attorney

*/s/ Matthew M. Scoble for*
KYLE REARDON
Assistant U.S. Attorney

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 22, 2013, status conference hearing be continued to December 3, 2013, at 9:45 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the December 3, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  10/21/2013

              /s/ John A. Mendez
              JOHN A. MENDEZ
              United States District Court Judge