BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0026 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER SETTING CASE FOR CHANGE OF PLEA ON SEPTEMBER 23, 2014** |
| ROBERT ANTHONY BONNOT, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was stayed pending an investigation by defense counsel into issues of mental competency on May 14, 2013. This investigation is completed and defense counsel is now prepared to proceed.

///

///

///

///

///

2. By this stipulation, the parties now ask that this case be set for change of plea on September 23, 2014.

IT IS SO STIPULATED.

Dated: September 8, 2014                    Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                     By:    */s/ Kyle Reardon*
                                            KYLE REARDON
                                            Assistant U.S. Attorney

Dated: September 8, 2014                    */s/ Kyle Reardon* for
                                            MATTHEW SCOBLE
                                            Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT ANTHONY BONNOT,<br><br>　　　　Defendant. | CASE NO.  2:12-CR-0026 JAM<br><br>**ORDER SETTING CHANGE OF PLEA ON SEPTEMBER 23, 2014** |

   The parties' stipulation is approved and so ordered.  The case is set for a change of plea on September 23, 2014 at 9:30 a.m.

Dated: 9/8/2014

　　　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　United States District Court Judge