HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Attorney
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org


Attorneys for Defendant
ROBERT BONNOT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>ROBERT BONNOT,<br><br>              Defendant.<br>_____/ | Case No. 2:12-cr-00026 JAM<br><br>STIPULATION AND  ORDER CONTINUING PSR DATES AND JUDGMENT AND SENTENCING HEARING<br><br>Dated:  April 7, 2015<br>Time:   9:30 a.m.<br>Judge:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by parties through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, attorney for Defendant, ROBERT BONNOT, that the sentencing hearing set for February 17, 2015 be continued to April 7, 2015 at 9:30 a.m.  The parties request this new sentencing date and the new PSR schedule set forth below because they have recently received the draft PSR from Probation and defense counsel was recently reassigned this case due to the absence of the defendant's attorney Assistant Federal Defender Matthew Scoble.  United States Probation Officer Anthony Andrews has no objection to these new dates.

The following will be the new PSR schedule:

| | |
|---|---|
| Counsel's written objections due: | March 10, 2015 |
| Final Presentence Report due: | March 17, 2015 |
| Formal Objections due: | March 24, 2015 |

-1-

| | |
|---|---|
| Reply to formal objections due: | March 31, 2015 |
| Judgment and Sentencing: | April 7, 2015 |

DATED: January 20, 2015                    HEATHER E. WILLIAMS
                                           Federal Defender

                                           /s/ Rachelle Barbour
                                           RACHELLE BARBOUR
                                           Attorney for Defendant


DATED:  January 20, 2015                   BENJAMIN WAGNER
                                           United States Attorney

                                           /s/ Rachelle Barbour for
                                           WILLIAM WONG
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

O R D E R

The Court orders that the February 17, 2015 sentencing hearing be continued to April 7, 2014 at 9:30 a.m. and adopts the new PSR schedule as set forth above.

DATED: January 20, 2015

                                           /s/ John A. Mendez
                                           HON. JOHN A. MENDEZ
                                           United States District Court Judge

-2-